**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01726-CR

**CHARLES RAY JAMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-60716-H**

## ORDER

The Court **GRANTS** appellant's May 13, 2013 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of the Criminal Court Fee Docket sheet for this case. We further **ORDER** that the supplemental record include a document that explains any and all abbreviations used to designate the fees itemized on the Criminal Court Fee Docket sheet.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID EVANS
           JUSTICE